# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JUSTIN SAVOY

VERSUS

DR. RANDY LAVESPERE, DR.
DANIEL CROOK, STATE OF
LOUISIANA, THROUGH THE
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS

NO.  2025 CW 1099

**DECEMBER 30, 2025**

---

In Re:    Justin Savoy, applying for supervisory writs, 20th
          Judicial District Court, Parish of West Feliciana, No.
          23359.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.**   Relator should first seek relief with the
district court.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT